

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

By ECF                                                    September 13, 2024
The Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    Scott Bierce v. Rossana Rosado, et al., 23-cv-2375 (CS)

Dear Judge Seibel:

This office represents Defendants Commissioner Rossana Rosado, Stephanie Russell and David Mahany, all officials of the New York State Division of Criminal Justice Services (DCJS), in this action under 42 U.S.C. § 1983 alleging denial of due process in decertification as a police officer under New York law. Defendants respectfully request adjournment of the conference set forth in a notice issued by the clerk yesterday for September 20, 2024, for a bench ruling on Plaintiff's motion for leave to file an amended complaint. The adjournment is requested because I will be on vacation in Canada at that time. I request that the conference be rescheduled to a date on or after October 6, except for October 11, when I will be unavailable.

Plaintiff's counsel declines consent because he believes that this office should send another attorney. This is unreasonable because it would require an attorney who is unfamiliar with the case to disrupt his or her own schedule and commit to a 50-mile round trip and half a day away from his or her own caseload. Moreover, as the undersigned is aware from years of practicing before this Court, and Plaintiff's counsel should be aware as well, the Court expects the parties to be prepared to discuss a case management plan, which has not been entered in the case and will be required regardless of the disposition of the motion. That requires my input and participation as the attorney assigned by this office to represent Defendants.

Thank you for consideration of this matter.

Bench ruling adjourned
to October 9, 2024 at
11:15 a.m.

SO ORDERED.

*Cathy Seibel*  09/13/24
CATHY SEIBEL, U.S.D.J.

Respectfully submitted,

/s/ Steven Schulman
STEVEN N. SCHULMAN
Assistant Attorney General
(212) 416-8654
steven.schulman@ag.ny.gov

cc:    Michael H. Sussman, Esq. (by ECF)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610
www.ag.ny.gov