**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SCOTT BIERCE,

                   Plaintiff,

        -against-

ROSSANA ROSADO, in her official capacity as
Commissioner, New York State Division of
Criminal Justice Services,

                   Defendant.
----------------------------------------------------------------X

23 **CIVIL** 2375 (CS)

**<u>JUDGMENT</u>**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated November 25, 2025, Defendant's motion to dismiss

the case as moot is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       November 26, 2025

                               **TAMMI M. HELLWIG**
                               _____
                                 **Clerk of Court**

               **BY:**             K. mango

                                 _____
                                 **Deputy Clerk**